AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grandy, Laura K. | Bankruptcy Court - Southern Illinoia | 08/05/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Melvin Price Federal Building
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/02/2010 | Mathis, Marifian & Richter Ltd. See Note in Part VIII |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/05/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Mathis, Marifian & Richter, Ltd | $11,950.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judical Center | 03/21/18 | New Orleans, LA | Nat'l Workshop for Bankruptcy Judge-1 | 1,741.25 |
| 2. | The Court | 05/02/18 | Chicago, IL | Seventh Circuit Judical Conference | 1,508.30 |
| 3. | Federal Judicial Center | 11/21/18 | New York, NY | Mid-Career Seminar for Bankruptcy Judges | 1,389.46 |
| 4. | Federal Judicial Center | 05/15/2018 | Washington, DC | Chief Judge Conference | 1,241.84 |
| 5. | Bankruptcy Association of Southern Illinois | 04/26/18-04/27/18 | Fairview Heights, IL | Food & Misc-Annual Judge's Dinner on behalf of BASIL. Misc is for "goody bags" | 843.31 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Springfield | Mortgage - Pineywood Property | K |
| 2. | Bank of Belleville | Mortgage on building by MMRG Building LLC | P1 |
| 3. | Bank of America | Mortgage on rental home- ▮▮▮▮ St. George Island, FL | O |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Variable Annuity (H) | | | | | | | | | |
| 2. International Equity Franklin Tpl | C | Dividend | K | T | | | | | |
| 3. Small Cap Growth Wellington | C | Dividend | K | T | | | | | |
| 4. International Developed Markets Formerly Russell Non-US | C | Dividend | K | T | | | | | |
| 5. Domestic Equity Delaware Mgmt | C | Dividend | K | T | | | | | |
| 6. Focused Appreciation Janus | D | Dividend | K | T | | | | | |
| 7. Equity Income T Rowe Price | B | Dividend | K | T | | | | | |
| 8. Northwestern Mutual 65 Life Insurance Policy | C | Dividend | M | T | | | | | |
| 9. Northwestern Mutual Variable CompLife Insurance Policy | B | Dividend | L | T | | | | | |
| 10. Large Cap Blend Fiduciary Mgmt | A | Dividend | | | Sold | 07/26/18 | J | C | |
| 11. Large Cap Core Stock | A | Dividend | | | Sold | 7/26/18 | J | B | |
| 12. Mid Cap Core Stock | A | Dividend | | | Sold | 07/26/18 | J | A | |
| 13. Small Cap Value T Rowe Price | A | Dividend | | | Sold | 07/26/18 | J | B | |
| 14. International Equity Franklin Tmpl | A | Dividend | | | Sold | 07/26/18 | J | A | |
| 15. International Growth FIAM LLC | A | Dividend | P2 | | Sold | 07/26/18 | J | A | |
| 16. Select Bond Wells Capital Mgmt | A | Dividend | | | Sold | 07/26/18 | J | B | |
| 17. Strategic Bond (formerly Russell Core Bond) | A | Dividend | | | Sold | 07/26/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Long Term US Govt Bond Pimco | B | Dividend | | | Sold | 07/26/18 | K | D | |
| 19. High Yield Bond Federated Inc | A | Dividend | | | Sold | 07/26/18 | J | B | |
| 20. Global Real Estate (formerly Russell Global Real Estate) | A | Dividend | | | Sold | 07/26/18 | J | A | |
| 21. Money Market Black Rock | A | Dividend | | | Sold | 07/26/18 | J | A | |
| 22. Raymond James Trust U/A dtd 07/02/98 (H) | | | | | | | | | |
| 23. Apple Inc (APPL) | B | Dividend | L | T | Sold (part) | 2/01/18 | L | F | |
| 24. First Eagle Global Fund A (SGENX) | D | Dividend | M | T | Sold (part) | 02/01/18 | M | E | |
| 25. First Eagle US Value Fund A (FEVAX) | | None | | | Sold | 02/01/18 | L | D | |
| 26. Fed Kaufmann Large Cap C (KLCCX) | B | Dividend | K | T | | | | | |
| 27. Fed Kaufmann Large Cap A (KLCAX) Formerly (KLCCX) | D | Dividend | L | T | Spinoff (from line 26) | 08/07/18 | K | | See Note in Part VIII |
| 28. Freeport McMorgan Copper and Gold Class B (FCX) | | None | | | Sold | 02/01/18 | J | | |
| 29. Ivy Core Equity Fund (WCEAX) | D | Dividend | L | T | Sold (part) | 08/01/18 | K | D | |
| 30. Raymond James (H) | | | | | | | | | |
| 31. Federated Kaufmann Large Cap A (KLCAX) | D | Dividend | L | T | | | | | |
| 32. Fundamental Investors Fund Class A (ANCFX) | D | Dividend | L | T | | | | | |
| 33. Putnam Capital Spectrum Fund Class C (PVSCX) | | None | | | Sold | 09/21/18 | L | | |
| 34. Federated Strategic Value (SVAAX) | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/05/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lord Abbott Growth (LGLCX) | D | Dividend | L | T | | | | | |
| 36. American Funds Europacific (AEPFX) | A | Dividend | J | T | | | | | |
| 37. AF American Mutual F2 (AMRFX) | A | Dividend | J | T | | | | | |
| 38. Champlain Mid Cap Fund (CIPMX) | A | Dividend | J | T | | | | | |
| 39. JPMorgan US Large Cap Core Plus (JLPSX) | B | Dividend | J | T | | | | | |
| 40. MFS Research Fund (MRFIX) Formerly MFS Research Fund Class A (MFRFX) | B | Dividend | J | T | | | | | See Note Part VIII |
| 41. T Rowe Price Sm Cap (PRSVX) Formerly T Rowe Price Sm Cap (PASVX) | A | Dividend | J | T | | | | | See Note Part VIII |
| 42. Clearbridge Equity (SOPYX) | A | Dividend | J | T | | | | | |
| 43. Wells FargoAdvantage Int (WFVIX) | A | Dividend | J | T | | | | | |
| 44. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |
| 45. John Hancock Disciplined Value (JVMIX) | A | Dividend | J | T | | | | | |
| 46. Metropolitan West Rtn Bond (MWTIX) | A | Dividend | J | T | | | | | |
| 47. Prudential Absolute (PADZX) | A | Dividend | J | T | | | | | |
| 48. Federated Institutional High Yield (FIHBX) | A | Dividend | | | Sold | 05/16/18 | J | | |
| 49. Pioneer Fundamental Growth (PIGFX) | C | Dividend | L | T | | | | | |
| 50. Baird Aggregate Bond Fund Instl Class (BAGIX) | A | Dividend | K | T | | | | | |
| 51. First TR Exchange Traded FD VI Dorsey Wright Focus (FV) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Raymond James (H) | | | | | | | | | |
| 53. Cash/Money Market | A | Interest | J | T | | | | | |
| 54. Blackrock Golbal (MALOX) Formerly Blackrock Global A (MDLOX) | C | Dividend | L | T | | | | | See Note in Part VIII |
| 55. Lord Abbott Bond (LBDFX) Formerly Lord Abbott Bond (LBNDX) | B | Dividend | K | T | | | | | See Note in Part VIII |
| 56. Pineywoods, Swansea, IL (2001 $226,000) | | None | M | R | | | | | See Note in Part VIII |
| 57. MMRG Building, Belleville, IL (2003 $370,000) | | None | N | R | | | | | |
| 58. Merrill Lynch (H) | | | | | | | | | |
| 59. Cash/Money Market Trust | A | Interest | K | T | | | | | |
| 60. Cash - IRA | A | Interest | J | T | | | | | |
| 61. Bank Deposit OPP | A | Interest | L | T | | | | | |
| 62. Danaher Corp DEL COM (CMCSA) | A | Dividend | K | T | | | | | |
| 63. Honeywell Intl Inc Del (HON) | A | Dividend | K | T | | | | | |
| 64. Loomis Sayles Growth (LSGRX) | A | Dividend | J | T | | | | | |
| 65. Energy Transfer PTNRS LP (Y) | | | | | | | | | |
| 66. Bank of America Merrill Lynch Wealth Mgmt 68 | A | Interest | J | T | | | | | |
| 67. Bank of America Money Market Checking Acct 84 | A | Interest | K | T | | | | | |
| 68. AXA Equitable Life Ins Co Accumultor | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/05/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Apple Inc (AAPL) | C | Dividend | M | T | | | | | |
| 70. Amazon Com Inc (AMZN) | | None | L | T | Sold (part) | 01/31/18 | J | D | |
| 71. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 72. McDonald's Corp (MCD) | A | Dividend | K | T | | | | | |
| 73. Constellation Brands Inc (STZ) | A | Dividend | J | T | Sold (part) | 05/24/18 | J | D | |
| 74. AQR Managed Funds (AQMIX) Formerly AQR Manages Future Strategy (AQMNX) | | None | J | T | | | | | See Note in Part VIII |
| 75. First Trust Capital Strength Portfolio Series 33 Term | | None | | | Sold | 03/27/18 | K | D | |
| 76. Harding Loevner Emerg Markets Fund (HLEMX) | A | Dividend | J | T | | | | | |
| 77. Artisian International Fund (APDIX) | A | Dividend | J | T | | | | | |
| 78. NVIDIA (NVDA) | A | Dividend | K | T | Sold (part) | 12/28/18 | J | C | |
| 79. Nuveen AMT Free Quality (NEA) | A | Dividend | | | Sold | 07/27/18 | J | | |
| 80. Ishares National Muni (MUB) | A | Dividend | | | Sold | 06/21/18 | K | | |
| 81. Facebook (FB) | | None | K | T | | | | | |
| 82. Mastercard (MA) | A | Dividend | K | T | | | | | |
| 83. First Trust TR Managed (FMB) | A | Dividend | | | Sold | 06/21/18 | K | B | |
| 84. Federated Kaufman (KAUIX) Formerly Federated Kaufamn (KAUAX) | B | Dividend | K | T | | | | | See Note in Part VIII |
| 85. AIG Focused (FDSWX) Formerly AIG Focused (FDSAX) | A | Dividend | J | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Thornburg Intl Growth Class C (TIGCX) | B | Dividend | K | T | Buy (add'l) | 11/20/18 | J | | |
| 87. Broadcom (AVG) | A | Dividend | | | Sold | 07/18/18 | K | | |
| 88. Cardinal (CCL) | A | Dividend | | | Sold | 07/27/18 | K | | |
| 89. Cypress Semiconductor (CY) | B | Dividend | | | Buy | 03/09/18 | J | | |
| 90. | | | | | Sold (part) | 09/10/18 | J | A | |
| 91. | | | | | Sold | 10/09/18 | K | | |
| 92. DowDupont (DWDP) | A | Dividend | | | Buy (add'l) | 06/21/18 | J | | |
| 93. | | | | | Sold | 10/16/18 | P4 | | |
| 94. General Dynamics | A | Dividend | K | T | Sold (part) | 09/06/18 | J | A | |
| 95. Grubhub (GRUB) | | None | | | Sold | 03/02/18 | K | E | |
| 96. Waste Management (WM) | A | Dividend | K | T | Buy (add'l) | 06/21/18 | K | | |
| 97. | | | | | Sold (part) | 09/06/18 | K | C | |
| 98. Health Care Select (XLV) | A | Dividend | K | T | | | | | |
| 99. Ishares NASDAQ Biotech (IBV) | A | Dividend | K | T | Sold (part) | 01/19/18 | J | A | |
| 100. | | | | | Sold (part) | 02/05/18 | J | A | |
| 101. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 102. Lord Abbott Floating (LFRFX) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Oakmark Intl (OAKIX) | | None | | | Sold | 07/25/18 | L | A | |
| 104. Sector SPDR Consumer (XLP) | A | Dividend | | | Sold (part) | 02/01/18 | J | A | |
| 105. | | | | | Sold (part) | 03/13/18 | K | | |
| 106. | | | | | Sold (part) | 03/28/18 | J | | |
| 107. | | | | | Sold | 04/20/18 | J | | |
| 108. First Trust S&P Dividend Arisrocrats Target 25 | A | Dividend | | | Sold | 09/21/18 | K | D | |
| 109. First Trust Tech Select Series 63 | A | Dividend | | | Sold | 12/05/18 | L | E | |
| 110. Federated Kaufman Small Cap Class A (FKASX) | B | Dividend | K | T | | | | | |
| 111. Federated International Strategic Value Div (IVFAX) | C | Dividend | L | T | | | | | |
| 112. CREO Grandy (Y) | | | | | | | | | |
| 113. Loomis Sayles Growth (LSGRX) Formerly Loomis Sayless Growth (LGRRX) | B | Dividend | K | T | | | | | See Note in Part VIII |
| 114. Advanced Micro (AMD | | None | K | T | Buy | 01/09/18 | J | | |
| 115. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 116. Applied Materials (AMAT) | A | Dividend | | | Buy | 03/28/18 | K | | |
| 117. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 118. | | | | | Sold (part) | 07/11/18 | J | | |
| 119. | | | | | Sold | 07/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. California Res (CRC) | | None | | | Buy | 08/31/18 | J | | |
| 121. | | | | | Sold (part) | 11/21/18 | J | | |
| 122. | | | | | Sold | 11/26/18 | J | | |
| 123. Diageo PLC SPSD (DEO) | A | Dividend | K | T | Buy | 05/24/18 | J | | |
| 124. | | | | | Buy (add'l) | 06/21/18 | K | | |
| 125. Garrett Motion (GTX) | | None | | | Spinoff (from line 63) | 10/03/18 | J | | |
| 126. | | | | | Sold | 11/21/18 | J | A | |
| 127. GW Pharmaceuticals (GWPH) | | None | | | Buy | 07/18/18 | K | | |
| 128. | | | | | Sold | 11/21/18 | J | | |
| 129. Kansas City Southern (KSU) | A | Dividend | J | T | Buy | 09/06/18 | J | | |
| 130. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 131. Kinder Morgan Inc Del (KMI) | A | Dividend | K | T | Buy | 07/23/18 | K | | |
| 132. Pepsico (PEP) | | None | K | T | Buy | 11/26/18 | J | | |
| 133. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 134. Resided Technologies (REZI) | | None | | | Spinoff (from line 63) | 10/31/18 | J | | |
| 135. | | | | | Sold | 11/21/18 | J | A | |
| 136. Royal Dutch Shell (RDSB) | | None | J | T | Buy | 11/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. VISA (V) | | None | K | T | Buy | 11/26/18 | K | | |
| 138. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 139. XILINX Inc (XLNX) | | None | K | T | Buy | 11/26/18 | J | | |
| 140. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 141. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 142. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 143. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 144. Federated Kaufman (KAUIX) | C | Dividend | K | T | Buy | 01/18/18 | J | | |
| 145. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 146. Neuberger Berman Emerging (NEMIX) | | None | | | Buy | 01/15/18 | K | | |
| 147. | | | | | Sold | 06/28/18 | K | | |
| 148. First Capital Strength Series 41 | A | Dividend | K | T | Buy | 03/27/18 | K | | |
| 149. First Trust Tech Select Series 71 | | None | L | T | Buy | 12/06/18 | L | | |
| 150. First Trust Dividend Series 41 | A | Dividend | K | T | Buy | 09/21/18 | K | | |
| 151. American Funds Growth Class C (GWPCX) | C | Dividend | L | T | Buy | 09/21/18 | L | | |
| 152. Principal Blue Chip Class C (PBLCX) | D | Dividend | J | T | Buy | 09/21/18 | L | | |
| 153. Federated ST Income Class Y N/L (FSTYX) | A | Dividend | J | T | Buy | 05/16/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Broadway Prom LLC | | None | M | T | Buy | 04/12/18 | L | | |
| 155. | | | | | Buy (add'l) | 10/12/18 | L | | |
| 156. ▢▢▢ St. George Island, FL (8/30/2018) | D | Rent | P1 | R | Buy | 08/30/18 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 08/05/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II
Line 1  Payments on percentage of collections of fees for work performed and generated by Judge prior to departure,


Part VII
Line 26 & 27 Federated Kaufmann Large Cap KLCCX & KLCAX. On 8/07/18 KLCCX did a partial share class conversion. 4,060.94 shares of KLCCX were converted to 3,742.588 shares of KLCAX.  After conversion, 962.309 shares of KLCCX remain.
Full Share Class Conversion as follows:

| Line | From | To | Shares |
|---|---|---|---|
| 40 | MFRFX | MRFIX | All |
| 41 | PASVX | PRSVX | All |
| 54 | MDLOX | MALOX | All\ |
| 55 | LBNDX | LBDFX | All |
| 74 | AQMNX | AQMIX | All |
| 84 | KAUAX | KAUIX | All |
| 85 | FDSAX | FDSWX | All |

Line 56 -Residential Real Property which is currently occupied by ▮▮▮.  No income received.
Line 57 Commercial Real Property showed a net loss on Schedule K-1.
Line 59 -61 Renamed and listed all Merrill Lynch bank deposit accounts together.  Added Line 60, Cash IRA which had not previously been reported.
Line 113-Loomis Sayless Growth was inadvertently omitted on the 2017 Financial Disclosure.  On 06/25/18, all shares of LGRRX were converted to LSGRX.
Line 156 ▮▮▮▮▮▮▮▮ St. George Island, FL, Rental home purchased 8/30/2018

Prepared by Janet Frederking
Phone 618-236-1903

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura K. Grandy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544